**Dismissed and Opinion Filed August 7, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00359-CV**

**MELISSA GARCIA BREWER, Appellant**
**V.**
**TEXANS CREDIT UNION, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01798-2016**

## MEMORANDUM OPINION

Before Justices Fillmore, Whitehill, and Boatright
Opinion by Justice Whitehill

Melissa Garcia Brewer's brief was due June 30, 2017. By postcard dated July 5, 2017, we notified appellant her brief was overdue and directed her to file a brief and an extension motion within ten days. We cautioned appellant that the failure to file her brief by the time specified would result in the dismissal of her appeal. To date, appellant has failed to file her brief, and we have had no communication from appellant.

Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

170359F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MELISSA GARCIA BREWER, Appellant

No. 05-17-00359-CV      V.

TEXANS CREDIT UNION, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-01798-2016.
Opinion delivered by Justice Whitehill, Justices Fillmore and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TEXANS CREDIT UNION recover its costs, if any, of this appeal from appellant MELISSA GARCIA BREWER.

Judgment entered August 7, 2017.